THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUNIPER HOLDING CORP., Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of the crime of violating sections 183 and 251 of the Sanitary Code and imposing a fine of $500, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK PARISI, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crime of grand larceny in the second degree, unanimously affirmed, under section 542 of the Code of Criminal Procedure. Exceptions to the charge, taken by defendant, were dictated to the stenographer in the absence of the trial judge. While we do not countenance the action of the county judge in leaving the courtroom during a trial, without suspending proceedings, in the absence of proof of prejudice it would be highly technical to grant a new trial. Here the charge had been completed and all requests passed upon in the presence of the jury. (*People* v. *Silver*, 240 App. Div. 259.) Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS SWERDLOFF, Appellant.— Judgment rendered by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of violating section 385, subdivision 1, of the General Business Law in failing to tag a mattress properly, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK VOCALE, Appellant.— Judgment of the County Court of Queens county convicting the defendant of the crime of criminally receiving stolen property unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

ALICE RANALLI, as Administratrix, etc., of WILLIAM J. RANALLI, Deceased, Appellant, v. ROBERT H. BREED and CHARLES V. KEATING, Respondents.— In an action for malpractice, the facts of which had not been discovered until the Statute of Limitations (Civ. Prac. Act, § 50) had run, order and the judgment entered thereon dismissing the complaint unanimously affirmed, without costs, on the authority of *Tulloch* v. *Haselo* (218 App. Div. 313) and *Conklin* v. *Draper* (229 id. 227; affd., 254 N. Y. 620). Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

IDA SACHS, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— In an action to recover the death benefit provided for in an accident insurance policy, order granting plaintiff's motion to strike out the affirmative defenses in the answer, to strike out the answer and for summary judgment, and the judgment entered thereon, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, on the authority of *Hanna* v. *Commercial Travelers Mut. Accident Assn. of America* (236 N. Y. 571). Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.